JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES COUNTY OFFICE OF EDUCATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAUREN KING, Legal Guardian on behalf of R.K., Student, WHITTIER UNION HIGH SCHOOL DISTRICT, CALIFORNIA DEPARTMENT OF EDUCATION, ORANGE COUNTY HEALTH CARE AGENCY and DOES 1 through 10.<br><br>　　　　　Defendants. | CASE NO.: CV10-7574 CAS (AGRx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss the Entire Action with Prejudice the Court hereby rules as follows:

This action has been dismissed in its entirety with prejudice.

Dated: March 21, 2011    By: _/s/ Christina A. Snyder_
　　　　　　　　　　　　　　THE HONORABLE CHRISTINA A. SNYDER

-1-
[PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE